# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
| Brian Ricardo Dennis | ) | Case No. |
|  | ) | 20-MJ-1340-DLC |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* |  |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __JULY 31, 2020__ in the county of __SUFFOLK__ in the
_____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC section 1361 | INJURING OR DEPREDATING GOVERNMENT PROPERTY |

This criminal complaint is based on these facts:

SEE AFFIDAVIT OF FBI SA THOMAS G. SAMPLE

☑ Continued on the attached sheet.

/s/ Signed Electronically
*Complainant's signature*

FBI SA THOMAS G. SAMPLE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/01/2020

*Judge's signature*

City and state: BOSTON, MA    JUDITH G. DEIN, US MAGISTRATE JUDGE
*Printed name and title*