JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** CHELSEA    **Related Case Information:**

**County** SUFFOLK

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 20-MJ-1340-DLC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: BRIAN RICARDO DENNIS    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) EVERETT, MA

Birth date (Yr only): 1968   SSN (last4#): 8142   Sex: M   Race: Black   Nationality: USC

**Defense Counsel if known:** _____    Address _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: KENNETH G. SHINE    Bar Number if applicable: 459210

Interpreter: ☐ Yes ☑ No    List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: 07/31/2020

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/01/2020    Signature of AUSA: /s/ KGS

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   BRIAN R. DENNIS

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1361 | INJURING OR DEPREDATING GOVERNMENT PROPERTY | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013